1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Myers Berstein LLP
4 Executive Circle, Suite 100
Irvine, California 92614

# EXHIBIT A
## to Declaration of Sandra Callisto
## Copies of the Ear Charms Works

# EarCharms™
### Sandra Callisto

## WHOLESALE



#4X-ML-CZ

**NON-PIERCED!**

**NO Holes!**
**NO Posts!**
**NO Clips!**

*FUN to Wear!*
*FUN to Sell!*

Ear Cuffs
&
Ear Wraps

Customers Say:
"They Stop Me on the Street
to Ask…
*Where* Did You Get
Those Earrings"

## The *Stylish* Alternative
## to Piercing…™

T: 800-998-3277
F: 949-376-0205
E: info@earcharms.com

### www.EarWraps.com

P. O. Box 4289, Laguna Beach, CA 92652 USA

*Designs © Ear Charms Inc. Sandra Callisto designer 1982—2016*

---

# TOPPERS™



#T4-CZ
1/4 ct. CZ
$13.00 pr.

#T-ST
STAR
$11.67 pr.

Sorry **NO** Rhodium



**⊙ TOPPER™ INSTRUCTIONS**

#1. Spread open Topper slightly.
#2. Start at mid edge of ear & slide up over &
    around top cartilage.
#3. At top, pinch until snug.
    Make sure hair doesn't get caught between
    the Topper.
#4. Enjoy the compliments!

**Toppers:**
With Stampings $11.67 pr.  or  $6.85 ea.
With 1/4 ct. Cubic Zirconia (CZ) $13.00 pr. or $7.50 ea.





| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| T-HT-SS | T-HT-GP | T-DL-SS | T-DL-GP | T-CZ-SS | T-CZ-GP | T-BF-SS | T-ML-SS | T-ML-GP |
| T-ST-SS | T-ST-GP | T-PL-SS | T-PL-GP | T-PH-SS | T-PH-GP | T-BF-GP | | |

## PRICES ARE WHOLESALE

Suggested Retail is 3 Times cost

$300. Minimum 1st Order

NO MINIMUM on REORDERS

Sold as Pairs or Singles
(We charge $1.00 more for Singles)

More Displays are Available Online.
We Usually Ship USPS Priority or FedEx

*Specializing in Ear Cuffs & Ear Wraps since 1982*

*Designs © Ear Charms Inc.*
*Sandra Callisto designer*
*1982—2016*

# EarCharms™
### Sandra Callisto



1  Slide around the whole ear at the TOP
2  Slide (Push) in & down over & completely around the
   cartilage at the side of the ear.
3  Adjust to fit snugly but not tight.

**To Remove**
  Slide straight up of the top while twisting out & back

**Cleaning:** Rhodium & Gold Vermeil with Dish Soap & Hot Water
Un-plated Sterling use Pearl / Gem Safe Silver Cleaner



**18**

**1XB-PF**
LONG FLOWER

**1XB-PBM**
LONG Black Onyx
STAR & MOON

**1XB-PBS**
LONG Black Onyx
SUN DIAL

**NEW EXTRA LONG**
#1XXB-PBHS
$12.67 pr.

**PEWTER
BEAD STYLES**
**NEW**

**1XB-PMS**
LONG MOON & STAR

**1XB-PBS**
LONG SPIRAL

**1XB-PMF**
LONG MOON FACE

**PEWTER & BLACK ONYX**
on .925 Sterling Silver
NO Rhodium or Gold over

**1XB-PBHS**
LONG Black Onyx
CELTIC HEART & SQUARE

**3XD-PBS**
Beaded spiral
DANGLE
$26.33

**1XB-PBS**
LONG SMALL ROSE

**1XB-PRO**
LONG SMALL ROSE

**1XB-PBFL**
LONG Black
Onyx

**1XB-PBRO**
LONG Black Onyx & ROSE

**3XD-PF**
ROSE
DANGLE
$26.33

Designs are © Ear Charms Inc.™ 1982 – 2016

**CZ's**
CUBIC ZIRCONIA

**Our Classic © Wave™**
*The Perfect Compliment*
(to other earrings & to You!)

**#1X Long**
$16.67 pr / $9.35

**#2G-CZ Short**
$26.33 pr / $14.20 ea
10 & 25 pt. CZ's

**#3X-CP Long**
$29.67 pair
CULTURED PEARLS

**#3X-CZ-FWP**
$28.33 pair
Long CZ &
F/W PEARL

**#1 Short**
$12 pr / $7 ea

**#2X-CZ Long**
$23.33 pr / $12.70 ea
10 pt & 25 pt. CZs

**#3-CP Short**
$26.33 ea
CULTURED PEARLS

**#3-CZ-FWP Short**
$26.33 pair
CZ & F/W PEARL

**#2-CZ Short**
$23.33 pr / $12.70 ea
2 at 3pt. CZs

**#2XG-CZ Long**
$28.67 pr / $15.35 ea
10 & 25 pt. CZ's

**3X-CP**
BLACK PEARLS
Also Available

**#3-FWP Short**
$26.33 pair
F/W PEARLS

**Rhodium or Gold over .925 Sterling Silver**
Designs are © Ear Charms Inc.™ 1982 – 2016

**#3-CZ-CP Short**
$26.33 pair CZ &
CULTURED PEARL

**#3X-CZ-CP Long**
$29.33 pair
CZ & CULTURED PEARL

**#3X-FWP Long**
$28.33 pair
F/W PEARLS

**1**

② 

# Ear Charms CONVERTERS

Convert Pierced Earrings, Beads , Charms etc. &
Hang  From Converters



#10-  TOP Only
$23.33 pr / $12.70 ea

TOPS & DANGLES
$41.33 pr / $22.70 ea

#6-D INFINITY DANGLE Only
$18.00 pr / $10.00 ea

#10

#51-CZ

#51-CZ
1/2 ct. Cubic Zirconia
$29.67 pr / $15.85 ea

#51

#51

#8-CZ
#8-CZ
1/2 ct. CZ
$26.33 pr

#51-CP
Cultured Pearls
$32.67 pr / $17.35
ea

#8 – Plain
'Frames' your Own studs...
$19.67 pr / $10.85 ea

#8-CP

#6-A  Converter TOP
Only
$19.67 pr / $10.85 ea

#6-AD TOP & DANGLE

#6

"GRECIAN CURLS"

#51– A  TOP Only
$23.33 pr / $12.70 ea

#51-A/D  Both Top & Dangle
$43.25 pr / $22.65 ea

#51-D  DANGLES Only
$19.90 pr / $10.95 ea

"ONE-LINERS"

#8-BP
Black Pearl

#8-CP
Genuine Cultured
Pearls
$32.67 pr

Rhodium or Gold over Sterling Silver
Designs are © Ear Charms Inc.™ 1982 – 2016

# LONG CURLY Q's
$36. pr / $18. ea.
(NO Rhodium or Gold)

1XB-AMH

1XB-RAB
Abalone

1XB-CQ
Crystal Cube

1XB-HAB

1XB-BO
Black Onyx

1XB-HE
Hematite

1XB-PCO
Cloisonne Oval

1XB-CLB
Cloisonne  Briolette

1XB-WCN
Coin Pearls

1XB-BP
Rd. Black Pearl

1XB-TU
Turquoise

1XB-BGD

1XB-CQ-TT
Crystal Cube 2-Tone

1XB-GT
Gold Twist

1XB-RR
Red Rose

1XB-CTUB
Cloisonne  Briolette

1XB-FBP
F/W Black Pearl

1XB-TUD
Turquoise

1XB-BDG

1XB-BLB

1XB-ST
Silver Twist

1XB-RB
Black Rose

1XB-AMH
Amethyst Heart

1XB-FWP
F/W Pearls

1XB-BCS
Cat's Eye Star

Faceted Crystal Briolettes

1XB-BBK

1XB-CRB

1XB-CQ-TT
Crystal Cube 2-Tone

1XB-HBC
Cat's Eye HEART

1XB-BDB

1XB-CBT

Designs are © Ear Charms Inc.™ 1982 – 2016

⑰

16



1B-PFL
Pewter's / W Flor

1B-PF
Pewter
Beaded Flower

1B-PBF Pewter
Black Onyx & Flower

1B-GCO
Gold Cloisonne

1B-PD
Peridot Nugget



1B-HBC

## Short Curly Q's
### $9.33 pair / $5.70 each

1B-PRO
Pewter Rose

1B-PBRO Pewter
Black Onyx & Rose

1B-TCO
Turquoise Cloisonne

1B-BCO
Blue Cloisonne

1B-RH
Red Heart

1B-HE-PR

1B-STU
Striped Turquoise

1B-PBSQ Pewter
Black Onyx &
Celtic Square

1B-GS
Goldstone

1B-HEH
Hematite Heart

1C-SS
Plain Curly Q's

1B-BCS
Blue Cat's Eye Star

1B-OCS
Orange
Cat's Eye

1B-TE
Tiger Eye

1B-LAP
Lapis

A PAIR OF SHORT CURLY Q's
CAN BE WORN
ONE ON EACH EAR... OR
BOTH WORN STACKED
ON ONE EAR

Designs © Ear Charms Inc.  1982 - 2016





## STARS & HEARTS



4X-H-CZ

#4-ST-CZ
$19.67 pr / $10.85 ea

#4-MN-CZ
MOON
$19.67 pr / $10.86 ea

4-ST-CZ

4-H

#4X-ST-CZ
LONG STAR & CZ
$22.00 pr / $11.00 ea

#4X-ST
LONG 2 STAR
$19.67 pr / $10.85 ea

#4-SN-CZ
SUN
$19.67 pr / $10.85 ea

#4-H-CZ
$19.67 pr
$10.35 ea

#4X-H-CZ
$26.33 pr / $14.20 ea

#4X-ST3-CZ
$29.67 pr / $16.85 ea

#4X-ST5-CZ3
5 STARS & 3 CZ
$59.00 pr / $30.50 ea

#4-SA-CZ
SATURN
$19.67 pr
$10.85 ea

#4-H
$16.67 pr
$9.35 ea

#4X-H
$24.00 pr
$13.00 ea

#4X-ST3
$25.00 pr / $13.50 ea

#4-ST
$16.67 pr
$9.35 ea

4-ST

#4-PH-CZ
$19.67 pr / $10.35 ea

4-PH2-CZ

4X-ST5-CZ3



Rhodium or Gold over Sterling Silver
Designs © Ear Charms Inc.  1982 - 2016

3



**FLORALS**

#4X-ML-CZ
$98, pr / $49. ea

#4X-ML
$70. pr / $35. ea

#4X-FL-CZ
$98. pr / $49. ea

#4X-FL-CZ
$70. pr / $35. ea

#4-FL-CZ
$70. pr / $35. ea

#4-FL
$60. pr / $30. ea

#4X-LL-CZ
$98. pr / $49. ea

#4X-LL
$78. pr / $39. ea

#4-PL-CZ
$58. pr / $29. ea

#4X-FL
$78. pr
$39. ea

#4-ML
$52. pr / $26. ea

#4-ML-CZ
$60. pr / $30. ea

#4-LL
$58. pr / $29. ea

#4-LL-CZ
$72. pr / $36. ea

#4X-ML-CZ

#4X-FL-CZ

#4X-LL-CZ

④

#4-ML-CZ

#4-FL-CZ

#4-LL-CZ

Rhodium or Gold over Sterling Silver
Designs are © Ear Charms Inc.™, 1982 – 2016

1B-TUT
Turquoise Tube

1B-LB-TT
Gold Laser 2-Tone

1B-GC
Green Bicone Crystal

1B-HE
Hematite

1B-RC
Red Bicone Crystal

1B-BP
Black Pearl

1B-FWP
White Pearl

1B-HGC
Gray Cat's Eye

1B-BO
Black Onyx

1B-TU
Turquoise

1B-RAB
Abalone

1B-AM
Amethyst

1B-HBC
Blue Cat's Eye
Heart

1B-MJ
Mint Jade

1B-OJ
Olive Jade

1B-ST
Silver Twist

1B-GT
Gold Twist 2-Tone

1B-CQ
Crystal Cube

1B-CQ-TT
Crystal Cube 2-Tone

1B-LB
Silver Laser Bead

1B-BC
Blue Bi-cone Crystal

#1B-TUT

Curly Q's are .925 Sterling Silver
NOT Gold or Rhodium Plated

Designs are © Ear Charms Inc.™,
1982 – 2016

⑮

Case 3:16-cv-02321-CJC-PLA Document 17-1 Filed 02/02/17 Page 7 of 480 Page ID #:192



6

# NAUTICAL SEA LIFE





**#68-Left Sitting Mermaid** $14.20



**#66-MM-Right Mermaid** $14.20 ea





**#69-L Swimming Mermaid** $14.20 ea





63

**#63 Sea Horse** $19.67 pr / 10.85 ea

**#60 Crab** $16.67 pr / $9.35 ea

**#4-DL-CZ Dolphin & CZ** $19.67 pr / 10.85 ea

**#4-SF-CZ Star Fish & CZ** $19.67 pr /

**#4-SEH-CZ SeaHorse & CZ** $19.67 pr / 10.85 ea



LSF-CZ

**NON-PIERCED ADJUSTABLE & COMFORTABLE**

**#59 Sea Lion** $11.67 ea



**#91 Frog** $10.85 ea

**#4-SD-CZ Sand Dollar & CZ** $19.67 pr / 10.85 ea

Designs © Ear Charms Inc.™ 1982 - 2016

---

## STERLING SILVER CURLY Q's with STAMPINGS

#CQ-SEH-SS SEA HORSE

#CQ-BL-SS BALL

#CQ-LF-SS DELICATE LEAF

#CQ-BF-SS BUTTERFLY

#CQ-TL-SS TURTLE

#CQ-DL-SS DOLPHIN

#CQ-CZ-SS 3mm CUBIC ZIRCONIA (CZ)

#CQ-ST-SS STAR

#CQ-FR-SS FROG

#CQ-FL-SS FLOWER

#CQ-LL-SS s/w LEAF

#CQ-PH-SS PUFFED HEART

#CQ-HT-SS SMALL

#CQ-ML-SS MAPLE LEAF

1XC-SS LONG PLAIN CURLY

#CQ-SD-SS SAND DOLLAR

#CQ-PL-SS PLUMERIA

#CQ-SF-SS STAR FISH

#CQ-SH-SS SHELL

#CQ-SA-SS SATURN

CQ-BF

CQ-LF

CQ-LF

**Pair of on 1 ear**

**STAMPINGS $10.67 PR. $6.35 EA.**

**CZ's $12.00 PR. $7.00 EA.**

CQ-HT

CURLY Q's .925 Sterling Silver NOT Rhodium Plated

Designs © Ear Charms Inc.™ 1982 - 2016

CQ-CZ

13



**SHORT DANGLES**
**$23.33 pr.**

*NO* Rhodium or Gold

3XSD-HEB Hematite
3XSD-TUB Turquoise
3XSD-ASB Art Stone
3XSD-BCB Teal Blue Crystal
3XSD-ABCB Aurora Crystal Briolette
3XSD-DBCB Dark Blues Crystal Briolette
3XSD-TUB

**LONG DANGLES**
**$26.33 pr.**

3XD-RCB
3XD-RCB Red Crystal Briolette
3XD-ABR Amber
3XD-TE Tiger Eye
3XD-HE Hematite
3XD-BOB Black Onyx Briolette
3XD-PCB Purple / Blues Crystal Briolettes

3XD-AMPD "PLUMS" Amethyst & Peridot
3XD-RABT Abalone
3XD-TU Turquoise
3XD-BC Blue Crystal Briolette
3XD-CP Cultured Pearl
3XD-FWP F/W Pearl
3XD-WG Coin Pearl

3XD-PCB
3XD-LB Laser Bead
3XD-LB-TT Laser Bead 2-Tone
3XD-AMB Amethyst Briolette
3XD-ST Silver
3XD-PJ Pink Jade
3XD-BB Bright
3XD-AQB Aquamarine Brio-

3XD-LB-TT

Designs © Ear Charms Inc. ™ 1982 - 2016

---

**FUN !**

#79-SM-Left "Bones" Skeleton $11.00 ea
#74 Butterfly $19.33 pr / 10.70 ea
#4-BF Butterflies $16.67 pr / $9.35 ea
4-BF

#15 –Left Pirate Skull $13.00 ea
#86 "Gunther" $10.85 ea
86
#66-DN-Left Dancer $10.85 ea

#76-Left Gorilla $13.20 ea
#75-Left Bear $12.70 ea
#43 Climbing Kitten $10.85 ea
#44 –Left Kitten Band $9.00 ea
#84-Left Lady $9.85 ea
#77-Left Elephant $19.50 ea

#78-Left Monkey $16.65 ea
#88 Alligator $29.67 pr / $17.85 ea
#98 Hummingbird $16.33 pr $9.00 ea

Rhodium or Gold over Sterling Silver
© Ear Charms Inc. ™ 1982 - 2016

⑦



## FULLY ADJUSTABLE
*Ear'gonomically™ Designed*

**99**
Dragonfly
$19.67 pr / 10.85 ea

**67-CZ**
Spider w/ CZ
$32.67 pr / $17.85 ea

**82**
Fairies
$19.67 pr / 10.85 ea

**73**
Small Dragon
$19.67 pr / 10.85 ea

**4-HO-CZ**
Horse & CZ
$19.67 pr / 10.85 ea

**36 —Left Bat**
$8.00 ea

**72**
Large Dragon
$32.67 pr
$17.85 ea

**92**
"Art Gecko"
$19.67 pr / 10.85 ea

**41**
Snake
$26.33 pr
$14.20 ea

**96**
Scorpion
$19.67 pr / 10.85 ea

Rhodium or Gold over Sterling Silver

Designs are © Ear Charms Inc.™ 1982 – 2016

---

## The *Stylish* Alternative to Piercing...
## FULL EAR STYLES

5-GAL-GP

5-LL-GP

5-ST-GP

5-FL-GP

5-PH-GP

5-LF-GP

5-BF-GP

5-CZ-GP

5-PH-SS

5-LF-SS

5-BF-SS

5-CZ-SS

5-GAL-SS

5-LL-SS

5-ST-SS

5-FL-SS

Leaves & Stars  $26.33 Pair  $14.20 Each

Cubic Zirconia  $29.33 Pair  $15.65 Each

Rhodium or Gold over .925 Sterling Silver
Designs are © Ear Charms Inc.™ 1982 – 2016

# Ear Charms™
## EAR CUFFS & FANCY BANDS







18-CZ-SS CZ "Wishbones" $23.33 Pr.

18-CZ-GP CZ "Wishbones" $23.33 Pr.

34-GP Double 1/2 Round $5.70 Ea.

34-SS Double 1/2 Round

22-GP Wide Engraved Flower $7.50 Ea.

10

"Wishbones" are Left OR Right.

30-SS Open Leaves $13.00 Pr.

24-GP Greek Key $7.50 Pr.

30-GP Open Leaves $7.50 Ea.

24-SS Greek Key $13.00 Pr.

18-CP-GP

18-CP-SS

"Wishbone" Pearls $23.33 Pr.

40-GP 5mm wide $10.00 Pr. $6.00 Ea.

40-SS 5mm wide $10.00 Pr. $6.00 Ea.

22-SS Wide Engraved Flower $7.50 Ea.

57-CZ-SS "Tennis Band" $31.50 Ea.

21-SM-SS Small $5.70 Ea. Large $6.35 Ea.

38-GP

57-CZ-GP "Tennis Band" $59.00 Pr.

21-SM-GP Small $9.33 Pr. Large $10.67 Pr.

23-GP Open Hearts $7.50 Ea.

38-SS "Rawhide" $12.67 Pr. $7.35 Ea.

31-CZ-SS CZ "Eye Band" $12.70 Pr.

39-GP 2.5mm Thin $8.00 Pr. $5.00 Ea.

23-SS Open Hearts $13.00 Pr.

31-CZ-GP CZ "Eye Band" $23.33 Pr.

39-SS

These Ear Cuffs Fit Either Ear except "Wishbones"
STERLING SILVER & GOLD VERMEIL SAME PRICE

Designs are © Ear Charms Inc.™ 1982–2016


57-CZ


21-SM


31-CZ


45-CZ


11-CZ



#11-CZ Modern w/ CZ $26.00 pr


#83 'Smoke' $12.00 ea

## SCULPTURAL


#45-CZ –Left "Lightening w/ CZ's" $33.50 ea


45

"Lightening" $58.00 pr / $30.00 ea #45



#12 "Tooth" $22.00 pr / $12.00 ea


12

Rhodium or Gold over .925 Sterling Silver


13


53

#53 "Staghorn" $52.00 pr / $27.00 ea


54

#54 "Tattoo" $29.67 pr / 15.85 ea

#13 "Flame" LONG $26.33 pr / 14.20 ea SHORT $22.00 pr / $12.00 ea

Designs are © Ear Charms Inc.™ 1982 – 2016




9



**1B-LB-TT** LASER BEAD

**1B-BP** F/W PEARL

**1B-BJ** BLUE JADE

**1B-TU** TURQUOISE

**#1B-TC** ROUND TEAL CRYSTAL

**#1B-RAB** ABALONE

**1B-LB** LASER BEAD

**1B-FWP** F/W PEARL

**1B-MJ** MINT JADE

**1B-TUN** TURQUOISE NUGGET

**1B-TE** TIGER EYE

**1B-BC** CRYSTAL

**1B-CQ** CRYSTAL

**1B-CQ-TT** CRYSTAL-CUBE

**1B-OJ** OLIVE JADE

**1B-STU** STRIP TURQUOISE

**1B-HEC** HEMATITE CUBE

**#1B-PRO** PEWTER ROSE

**1B-ST** SS TWIST

**1B-GT** GOLD TWIST

**1B-GC** CRYSTAL

**#1B-LBB** LIGHT BLUE CRYSTAL BRIOLETTE

**#1B-PF** PEWTER FLOWER

1B-HBC  CAT'S FVF

**1B-RH** RED HEART

**1B-BKK** BLACK CRYSTAL BRIOLETTE

**#1B-TCO** OVAL TURQUOISE + CLOISONNE

**1B-HE** HEMATITE

**1B-ABR** AMBER

**#1B-RCO** OVAL RED + CLOISONNE

**1B-BOF** BLACK ONYX FACETED

**1B-GCS** CAT'S EYE

**1B-HGC** CAT'S EYE HEART

**1B-PJ** PINK JADE

**#1B-DBB** BLUE CRYSTAL BRIOLETTE

**1B-BOC** ONYX CUBE

**1B-PCS** CAT'S EYE

**1B-PH** PURPLE HEART

**1B-RJ** RED JADE

**#1B-BAB** "AB" CRYSTAL BRIOLETTE

**#1XB-CBLO-TT** BLUE CLOISONNE

**1B-LBCS** CAT'S EYE

**1B-RBC** CRYSTAL

**1B-LAM** LAVENDER AMETHYST

**#1B-BKCO** OVAL BLACK + CLOISONNE

**1B-BO** BLACK ONYX SMOOTH

**1B-HES** HEMATITE

**1B-HEH** HEMATITE HEART

**1B-RCC** CRYSTAL

**1B-AM** AMETHYST

**#1B-WCO** OVAL WHITE + CLOISONNE

**1B-OCS** CAT'S EYE

**1B-BCS** CAT'S EYE

**1B-BCC** CRYSTAL

**1B-MA** MALACHITE

**#1B-GCO** OVAL GREEN + CLOISONNE

Curly Q Designs © Ear Charms Inc.    1982 - 2016

*EarCharms* Sandra Callisto designer

**Short Curly Q's**
$5.70 ea. / $9.33 pr.



1XB-BCH
1XB-E TIGER EYE
GENUINE TIGER EYE
SNAKESKIN TURQUOISE
1XB-HAB
1XB-PBH
1XB-PBHS EXTRA LONG $12.6
1XB-PBB
1XB-BR

1XB-WCN
1XB-FED
1XB-WTUH WHITE TURQUOISE
1XB-RAB ABALONE
1XB-PRD MILK GLASS
1XB-CTUB

1XB-BP
1XB-WSP GENUINE FRESHWATER PEARLS
1XB-BOCX
1XB-WTUD WHITE TURQUOISE
1XB-SAB
1XB-RH
1XB-PBHS
1XB-PBK
1XB-CLB

GENUINE BLACK
1XB-2BO
1XB-RB
1XB-GC
1XB-PBFL
1XB-CBAB
1XB-CPO

1XB-FBP
1XB-BO
1XB-ABR AMBER
1XB-PBRO PEWTER & BLACK ONYX
1XB-BBK CRYSTAL BRIOLETTES
1XB-CRO

1XB-FWP
1XB-HEC
1XB-BJ BLUE JADE
1XB-RTU
1XB-2BC CRYSTAL
1XB-PBSM
1XB-BPP
1XB-CPPO

1XB-GT-TT
1XB-HES GENUINE HEMATITE
1XB-RJ RED JADE
1XB-ROSES
1XB-BLW
1XB-PBSD
1XB-BFP

TWIST BEAD
1XB-ST
1XB-HE
1XB-PMF
1XB-BDB
1XB-GPO

1XB-LB-TT
1XB-AMH
1XB-RJ PINK JADE
1XB-RR
1XB-LAP LAPIS
1XB-PMS
1XB-BLB
1XB-CBLO-TT

LASER BEAD
1XB-LB
1XB-AMF GENUINE AMETHYST
1XB-RJ RED JADE
1XB-TUD
1XB-LPH
1XB-PRO PEWTER
1XB-CBT CRYSTAL BRIOLETTES
1XB-PCO

1XB-CQ-TT CRYSTAL CUBE
1XB-AM
1XB-OJ OLIVE JADE
1XB-TUT
1XB-MA MALACHITE
1XB-PF
1XB-BMG
1XB-TCD

1XB-CQ
1XB-WMJ WATERMELLON
1XB-GJ GREEN JADE
1XB-TUX TUR.
1XB-TU
1XB-KYO KYANITE
1XB-KY
1XB-PBS
1XB-PBS
1XB-BDG
1XB-BKG
1XB-BCO
1XB-CBLO

Designs © Ear Charms Inc.  1982 - 2016
CLOISONNE

WHOLESALE   LONG CURLY Qs   $6.70 ea / $11.33 pr






































































































































































































































































































































































































































































































































































































































































































































































































































































































































































