1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MYERS BERSTEIN LLP
4 EXECUTIVE CIRCLE, SUITE 100
IRVINE, CALIFORNIA 92614

**EXHIBIT A**
**TO DECLARATION OF SANDRA CALLISTO**
**COPIES OF THE EAR CHARMS WORKS**

# Ear Charms™
### Sandra Callisto

## WHOLESALE

Ear Cuffs & Ear Wraps

Customers Say:
"They Stop Me on the Street to Ask…
"*Where* Did You Get Those Earrings"



#4X-ML-CZ

**NON-PIERCED!**

**NO Holes!**

**NO Posts!**

**NO Clips!**

*FUN to Wear!*
*FUN to Sell!*

## The *Stylish* Alternative to Piercing…™

T: **800-998-3277**
F: 949-376-0205
E: info@earcharms.com

## www.EarWraps.com

P. O. Box 4289, Laguna Beach, CA 92652 USA

*Designs © Ear Charms Inc. Sandra Callisto designer 1982—2016*

---

## TOPPERS™

#T4-CZ
1/4 ct. CZ
$13.00 pr.

#T-ST
STAR
$11.67 pr.

Sorry **NO** Rhodium

### ® TOPPER™ INSTRUCTIONS

#1: Spread open Topper slightly.
#2: Start at mid edge of ear & slide up over & around top cartilage.
At top, pinch until snug.
#3: Make sure hair doesn't get caught between Topper.
#4: Enjoy the compliments!

**Toppers:**
With Stampings $11.67 pr. or $6.85 ea.
With 1/4 ct. Cubic Zirconia (CZ) $13.00 pr. or $7.50 ea.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T-MI-GP | T-BF-GP | T-ML-GP | T-BF-GP | T-CZ-GP | T-OL-GP | T-HT-GP | T-ST-SS |
| T-MI-SS | T-BF-SS | T-ML-SS | T-PH-SS | T-CZ-SS | T-OL-SS | T-PL-SS | T-ST-SS |


| T-MI-GP | T-BF-GP | T-ML-GP | T-BF-GP | T-CZ-GP | T-OL-GP | T-HT-GP | T-ST-GP |
| T-MI-SS | T-BF-SS | T-ML-SS | T-PH-SS | T-CZ-SS | T-OL-SS | T-PL-SS | T-ST-SS |
| | | | | | | T-HT-SS | T-HT-GP |



## PRICES ARE WHOLESALE

Suggested Retail is 3 Times cost

$300. Minimum 1st Order

**NO MINIMUM on REORDERS**

Sold as Pairs or Singles
(We charge $1.00 more for Singles)

More Displays are Available Online.
We Usually Ship USPS Priority or Fed Ex

*Specializing in Ear Cuffs & Ear Wraps since 1982*

*Designs © Ear Charms Inc.*
*Sandra Callisto designer*
*1982—2016*

**To Remove:**

1. Slide around the whole ear at the TOP.
2. Slide (Push) in & down over & completely around the cartilage at the side of the ear.
3. Adjust to fit snugly but not tight.

Slide straight up off the top while twisting out & back.

**Cleaning:** Rhodium & Gold Vermeil with Dish Soap & Hot Water. Un-plated Sterling use Pearl / Gem Safe Silver Cleaner.



**NEW!** PEWTER BEAD STYLES

1XB-PF
LONG FLOWER

1XB-PBM
LONG Black Onyx
STAR & MOON

1XB-PBS
LONG Black Onyx
SUN DIAL

NEW EXTRA LONG
#1XXB-PBHS
$12.67 pr.

18

1XB-PBS
LONG SPIRAL

1XB-PMF
LONG MOON FACE

1XB-PMS
LONG MOON & STAR

PEWTER & BLACK ONYX
on .925 Sterling Silver
*NO* Rhodium or Gold over

1XB-PBHS
LONG Black Onyx
CELTIC HEART & SQUARE

3XD-PBS
Beaded spiral
DANGLE
$26.33

1XB-PRO
LONG SMALL ROSE

1XB-PBFL
LONG Black
Onyx

1XB-PBRO
LONG Black Onyx & ROSE

3XD-PF
ROSE
DANGLE
$26.33

1XB-PBS

1XXB-PBHS

Designs are © Ear Charms Inc.™ 1982 – 2016

**Our Classic © Wave™**
*The Perfect Compliment*
(to other earrings & to You!)

#1X Long
$16.67 pr / $9.35

CZ's
CUBIC ZIRCONIA

2G-CZ

#2G-CZ   Short
$26.33 pr / $14.20 ea
10 & 25 pt. CZ's

#3X-CP   Long
$29.67 pair
CULTURED PEARLS

#3X-CZ-FWP
$28.33  pair
Long CZ &
F/W PEARL

#1   Short
$12 pr / $7 ea

#2X-CZ   Long
$23.33 pr / $12.70 ea
10 pt & 25 pt. CZs

#3-CP   Short
$26.33 pair
CULTURED PEARLS

#3-CZ-FWP Short
$26.33 pair
CZ & F/W PEARL

Rhodium or Gold over .925 Sterling Silver
Designs are © Ear Charms Inc.™ 1982 – 2016

#2-CZ   Short
$23.33 pr / $12.70 ea
2 at 3pt. CZs

#2XG-CZ   Long
$28.67 pr / $15.35 ea
10 & 25 pt. C's

3X-CP
BLACK PEARLS
Also Available

#3-FWP  Short
$26.33 pair
F/W PEARLS

2-CZ

#3-CZ-CP Short
$26.33  pair   CZ &
CULTURED PEARL

#3X-CZ-CP Long
$29.33 pair
CZ & CULTURED PEARL

#3X-FWP  Long
$28.33 pair
F/W PEARLS



## Ear Charms CONVERTERS

Convert Pierced Earrings, Beads, Charms etc. & Hang From Converters

**#10** – TOP Only
$23.33 pr / $12.70 ea

TOPS & DANGLES
$41.33 pr / $22.70 ea

**#6-D** INFINITY DANGLE Only
$18.00 pr / $10.00 ea

**#6-A** Converter TOP Only
$19.67 pr / $10.85 ea

**#6-AD** TOP & DANGLE

### "GRECIAN CURLS"

**#51– A** TOP Only
$23.33 pr / $12.70 ea

**#51–A/D** Both Top & Dangle
$43.25 pr / $22.65 ea

**#51–D** DANGLES Only
$19.90 pr / $10.95 ea

**#51-CZ**
1/2 ct. Cubic Zirconia
$29.67 pr / $16.85 ea

**#8-CZ**
1/2 ct. CZ
$29.67 pr / $26.33 pr

**#51-CP**
Cultured Pearls
$32.67 pr / $17.35 ea

**#8 – Plain**
'Frames' your Own studs…
$19.67 pr / $10.85 ea

**#8-BP**
Black Pearl

### "ONE-LINERS"

**#8-CP**
Genuine Cultured Pearls
$32.67 pr

Rhodium or Gold over Sterling Silver

Designs are © Ear Charms Inc.™ 1982 – 2016

## LONG CURLY Q's
$36. pr / $18. ea.
(NO Rhodium or Gold)

1XB-AMH

1XB-HE
Hematite

1XB-CLB
Cloisonne Briolette

1XB-WCN
Coin Pearls

1XB-TU
Turquoise

1XB-BGD

1XB-RAB
Abalone

1XB-HAB

1XB-BO
Black Onyx

1XB-PCO
Cloisonne Oval

1XB-BP
Rd. Black Pearl

1XB-TUD
Turquoise

1XB-BDG

1XB-BLB

1XB-CQ
Crystal Cube

1XB-GT
Gold Twist

1XB-RR
Red Rose

1XB-CTUB
Cloisonne Briolette

1XB-FBP
F/W Black Pearl

1XB-BCS
Cat's Eye Star

1XB-BBK

1XB-CRB

**Faceted Crystal Briolettes**

1XB-CQ-TT
Crystal Cube 2-Tone

1XB-ST
Silver Twist

1XB-RB
Black Rose

1XB-AMH
Amethyst Heart

1XB-FWP
F/W Pearls

1XB-HBC
Cat's Eye HEART

1XB-BDB

1XB-CBT



## Short Curly Q's
### $9.33 pair / $5.70 each

1B-PFL
Pewter S / W Flower

1B-PF
Pewter Beaded Flower

1B-PBF
Black Onyx & Flower

1B-GCO
Gold Cloisonne

1B-PD
Peridot Nugget

1B-HBC

1B-PRO
Pewter Rose

1B-PBRO Pewter
Black Onyx & Rose

1B-TCO
Turquoise Cloisonne

1B-BCO
Blue Cloisonne

1B-RH
Red Heart

1B-HE-PR

1B-STU
Striped Turquoise

1B-PBSQ Pewter
Black Onyx & Celtic Square

1B-GS
Goldstone

1B-HEH
Hematite Heart

1C-SS
Plain Curly Q's

1B-BCS
Blue Cat's Eye Star

1B-OCS
Orange Cat's Eye

1B-TE
Tiger Eye

1B-LAP
Lapis

A PAIR OF SHORT CURLY Q's
CAN BE WORN
ONE ON EACH EAR... OR
BOTH WORN STACKED
ON ONE EAR

Designs © Ear Charms Inc.  1982 - 2016





## STARS & HEARTS

4-ST-CZ

#4-ST-CZ
$19.67 pr / $10.85 ea

#4-MN-CZ
MOON
$19.67 pr / $10.85 ea

4-H

#4-H-CZ
$19.67 pr
$10.35 ea

4X-H-CZ

#4X-ST-CZ
LONG STAR & CZ
$22.00 pr / $11.00 ea

#4X-ST
LONG 2 STAR
$19.67 pr / $10.85 ea

#4-SN-CZ
SUN
$19.67 pr / $10.85 ea

#4X-ST3-CZ
$29.67 pr / $15.85 ea

#4X-ST5-CZ3
5 STARS & 3 CZ
$59.00 pr / $30.50 ea

#4X-H-CZ
$26.33 pr / $14.20 ea

#4X-H
$24.00 pr
$13.00 ea

#4-SA-CZ
SATURN
$19.67 pr
$10.85 ea

#4-H
$16.67 pr
$9.35 ea

#4X-ST3
$25.00 pr / $13.50 ea

#4-ST
$16.67 pr
$9.35 ea

#4-PH-CZ
$19.67 pr / $10.35 ea

4-ST

4-PH2-CZ

4X-ST5-CZ3

Rhodium or Gold over Sterling Silver
Designs © Ear Charms Inc.  1982 - 2016



3



**FLORALS**

#4X-ML-CZ
$98. pr / $49. ea

#4X-ML
$70. pr / $35.

#4X-FL-CZ

#4X-LL-CZ

#4-PL-CZ
$58. pr / $29. ea

#4X-FL-CZ
$98. pr / $49.

#4-FL-CZ
$70. pr / $35. ea

#4X-LL-CZ
$98. pr / $49. ea

#4-FL
$60. pr / $30. ea

#4X-FL
$78. pr
$39. ea

#4X-LL
$78. pr / $39. ea

#4-ML
$52. pr / $26. ea

#4-ML-CZ
$60. pr / $30. ea

#4-LL
$58. pr / $29. ea

#4-LL-CZ
$72. pr / $36. ea

Rhodium or Gold over Sterling Silver

Designs are © Ear Charms Inc.™, 1982 – 2016

④

---

1B-TUT
Turquoise Tube

1B-LB-TT
Gold Laser 2-Tone

1B-GC
Green Bicone Crystal

1B-HE
Hematite

1B-RC
Red Bicone Crystal

1B-BP
Black Pearl

1B-FWP
White Pearl

1B-HGC
Gray Cat's Eye

1B-BO
Black Onyx

1B-TU
Turquoise

1B-RAB
Abalone

1B-AM
Amethyst

1B-HBC
Blue Cat's Eye
Heart

1B-MJ
Mint Jade

1B-OJ
Olive Jade

1B-ST
Silver Twist

1B-GT
Gold Twist 2-Tone

1B-CQ
Crystal Cube

1B-CQ-TT
Crystal Cube 2-Tone

1B-LB
Silver Laser Bead

1B-BC
Blue Bi-cone Crystal

Curly Q's are .925 Sterling Silver
NOT Gold or Rhodium Plated

Designs are © Ear Charms Inc.™,
1982 – 2016

⑮

# GOLD VERMEIL CURLY Q's

EarCharms™
Sandra Callistè designer



#CQ-CZ-GP 3mm CUBIC ZIRCONIA (CZ)

#CQ-PH-GP PUFFED HEART

#CQ-PL-GP PLUMERIA

#CQ-SA-G SATURN

CQ-BF

#CQ-LF-GP DELICATE LEAF

#CQ-ST-GP STAR

#CQ-HT-GP SMALL HEART

#CQ-SF-GP STAR FISH

CQ-LF

CZ's: $13.90 PR.
$7.95 EA.

#CQ-BF-GP BUTTERFLY

#CQ-FR-GP FROG

#CQ-ML-GP MAPLE

CQ-LF

Pair of on 1 ear

STAMPINGS $12.50 PR.
$7.25 EA.

#CQ-SHE-GP SEA HORSE

#CQ-TL-GP TURTLE

#CQ-FL-GP FLOWER

#CQ-SD-GP SAND DOLLAR

CQ-HT

STAMPINGS $12.50 PR.
$7.25 EA.

#1XC-GP LONG CURLY Q

#CQ-BL-GP BALL

#CQ-DL-GP DOLPHIN

#CQ-LL-GP s/w LEAF

#CQ-SD-GP SHELL

CQ-CZ

Designs © Ear Charms Inc.™ 1982– 2016

#61 StarFish $16.67 pr / 9.35 ea

4-TL-CZ

#4-SH-CZ Shell & CZ $19.67 pr / 10.85 ea

#4-SH Shells $16.67 pr / $9.35 ea

#64 Octopus $14.50 ea

#97 Palm Tree $16.67 pr $9.35 ea

#62 Dolphin $19.67 pr / 10.85 ea

#4-TL-CZ Turtle & CZ $19.67 pr / 10.85 ea

#58 Sting Ray $12.00 ea

#4X-SH Long Shells $26.33 pr / $14.20

#90 Sea Turtle $16.67 pr / 9.35 ea

4X-SH

Designs © Ear Charms Inc.™ 1982– 2016

(5)

6

# NAUTICAL SEA LIFE














**#66-MM-Right Mermaid C**
$14.20 ea







**#69-L Swimming Mermaid**
$14.20 ea



**#63 Sea Horse**
$19.67 pr / 10.85 ea

**#68-Left Sitting Mermaid**
$14.20 ea




**#60 Crab**
$16.67 pr / $9.35 ea

**#4-DL-CZ Dolphin & CZ**
$19.67 pr / 10.85 ea

**#91 Frog**
$10.85 ea

**#4-SF-CZ Star Fish & CZ**
$19.67 pr /

**#4-SEH-CZ SeaHorse & CZ**
$19.67 pr / 10.85 ea

**NON-PIERCED ADJUSTABLE & COMFORTABLE**



L-SF-CZ



**#59 Sea Lion**
$11.67 ea

**#4-SD-CZ Sand Dollar & CZ**
$19.67 pr / 10.85 ea

Designs © Ear Charms Inc.™ 1982 - 2016

**#CQ-CZ-SS** 3mm CUBIC ZIRCONIA (CZ)

**#CQ-PH-SS** PUFFED HEART

**#CQ-PL-SS** PLUMERIA


CQ-BF

**#CQ-SA-SS** SATURN

**#CQ-LF-SS** DELICATE LEAF

**#CQ-ST-SS** STAR

**#CQ-HT-SS** SMALL

**#CQ-SF-SS** STAR FISH


CQ-LF

**#CQ-BF-SS** BUTTERFLY

**#CQ-FR-SS** FROG

**#CQ-ML-SS** MAPLE LEAF

**1XC-SS** LONG PLAIN CURLY


CQ-LF

Pair of on 1 ear

**#CQ-SEH-SS** SEA HORSE

**#CQ-TL-SS** TURTLE

**#CQ-FL-SS** FLOWER

**#CQ-SD-SS** SAND DOLLAR


CQ-HT

**STAMPINGS $10.67 PR.** **CZ's $12.00 PR.**
**$6.35 EA.** **$7.00 EA.**

CURLY Q's .925 Sterling Silver NOT Rhodium Plated

**#CQ-BL-SS** BALL

**#CQ-DL-SS** DOLPHIN

**#CQ-LL-SS** s/w LEAF

**#CQ-SH-SS** SHELL



CQ-CZ

Designs © Ear Charms Inc.™ 1982 - 2016

13



## SHORT DANGLES
### $23.33 pr.

*NO Rhodium or Gold*

3XSD-HEB Hematite
3XSD-TUB Turquoise
3XSD-ASB Art Stone
3XSD-BCB Teal Blue Crystal
3XSD-ABCB Aurora Crystal Briolette
3XSD-DBCB Dark Blues Crystal Briolette
3XD-PCB

## LONG DANGLES
### $26.33 pr.

3XD-RCB
3XD-RCB Red Crystal Briolette
3XD-ABR Amber
3XD-TE Tiger Eye
3XD-HE Hematite
3XD-BOB Black Onyx Briolette
3XD-PCB Purple / Blues Crystal Briolettes

3XD-AMPD "PLUMS" Amethyst & Peridot
3XD-RABT Abalone
3XD-TU Turquoise
3XD-BC Blue Crystal Briolette
3XD-CP Cultured Pearl
3XD-FWP F/W Pearl

3XD-LB Laser Bead
3XD-LB-TT Laser Bead 2 Tone
3XD-AMB Amethyst Briolette
3XD-ST Silver
3XD-PJ Pink Jade
3XD-BB Bright
3XD-AQB Aquamarine Brio-

3XD-W- Coin P
3XD-LB-TT

Designs © Ear Charms Inc. ™ 1982 - 2016

## FUN !

#79-SIM-Left "Bones" Skeleton $11.00 ea

#74 Butterfly $19.33 pr / 10.70 ea

#4-BF Butterflies $16.67 pr / $9.35 ea
4-BF

#66-DN-Left Dancer $10.85 ea

#86 "Gunther" $10.85 ea

#84-Left Lady $9.85 ea

#77-Left Elephant $19.50 ea

#15-Left Pirate Skull $13.00 ea
86

#43 Climbing Kitten $10.85 ea

#44-Left Kitten Band $9.00 ea

#98 Hummingbird $16.33 pr $9.00 ea

#76-Left Gorilla $13.20 ea

#75-Left Bear $12.70 ea

#78-Left Monkey $16.65 ea

#88 Alligator $29.67 pr / $17.85 ea

Rhodium or Gold over Sterling Silver
© Ear Charms Inc. ™ 1982 - 2016

7



**FULLY ADJUSTABLE**

*Ear'gonomically™ Designed*

99
Dragonfly
$19.67pr /10.85 ea

67-CZ
Spider w/ CZ
$32.67 pr / $17.85 ea

82
Fairies
$19.67 pr / 10.85 ea

73
Small Dragon
$19.67 pr / 10.85 ea

92
"Art Gecko"
$19.67 pr / 10.85 ea

4-HO-CZ
Horse & CZ
$19.67 pr / 10.85 ea

36 –Left
Bat
$8.00 ea

72
Large Dragon
$32.67 pr
$17.85 ea

41
Snake
$26.33 pr
$14.20 ea

96
Scorpion
$19.67 pr / 10.85 ea

Rhodium or Gold over Sterling Silver

Designs are © Ear Charms Inc.™ 1982 – 2016

8

The *Stylish* Alternative to Piercing…
**FULL EAR STYLES**

5-BF

5-GAL-GP

5-LL-GP

5-ST-GP

5-PH-GP

5-LF-GP

5-BF-GP

5-FL-GP

5-PH-SS

5-LF-SS

5-BF-SS

5-CZ-GP

5-CZ-SS

| Leaves & Stars | $26.33 Pair | $14.20 Each |
| Cubic Zirconia | $29.33 Pair | $15.65 Each |

5-GAL-SS

5-LL-SS

5-ST-SS

5-FL-SS

5-ST

5-ST

5-CZ

5-GAL

5-PH

5-LF

Rhodium or Gold over .925 Sterling Silver
Designs are © Ear Charms Inc.™ 1982 – 2016

11




**18-CZ-SS**
CZ "Wishbone"
$23.33 Pr.



18-CZ-GP
CZ "Wish..."
$12.70...



34-GP
Double
1/2 Round
$5.70 Ea.

# Ear Charms™
## EAR CUFFS & FANCY BAND



30-SS
Open Leaves
$13.00 Ea.

24-GP
Greek Key
$7.50 Ea.

"Wishbones" are Left OR Right



34-SS
Double
1/2
Round

30-GP
Open Leaves
$7.50 Ea.

24-SS
Greek Key
$13.00 Pr.



18-CP-GP

22-GP
Wide Engraved
Flower $7.50 Ea.

57-CZ-SS
"Tennis Band"
$31.50 Ea.

21-SM-SS
Small $5.70 Ea.
Large $6.35 Ea.

38-GP

18-CP-SS

40-GP
5mm wide
$10.00 Pr.
$6.00 Ea.



57-CZ-GP
"Tennis Band"
$59.00 Pr.

21-SM-GP
Small $9.33 Pr.
Large $10.67 Pr.

38-SS
"Rawhide"
$12.67 Pr.
$7.35 Ea.

"Wishbone"
Pearls
$23.33 Pr.

40-SS
5mm wide
$10.00 Pr.
$6.00 Ea.

22-SS
Wide Engraved
Flower $7.50 Ea.

57-CZ

23-GP
Open Hearts
$7.50 Ea.

31-CZ-SS
CZ "Eye Band"
$12.70 Pr.



31-CZ-GP
CZ "Eye Band"
$23.33 Pr.

21-SM

23-SS
Open Hearts
$13.00 Pr.

31-CZ

39-GP
2.5mm Thin
$8.00 Pr,
$5.00 Ea.

39-SS

These Ear Cuffs Fit Either Ear except "Wishbones"
STERLING SILVER & GOLD VERMEIL SAME PRICE
Designs are © Ear Charms Inc.™ 1982–2016

---

# SCULPTURAL



46-CZ

#45-CZ –Left
"Lightening
w/ CZ's"
$33.50 ea



"Lightening"
$58.00 pr / $30.00 ea

#45



11-CZ

#11-CZ
Modern w/ CZ
$26.00 pr



#83
'Smoke'
$12.00 ea

45

#12 "Tooth"
$22.00 pr / $12.00 ea

12

Rhodium or Gold over
.925 Sterling Silver



13

#13 "Flame"
LONG $26.33 pr / 14.20 ea
SHORT $22.00 pr / $12.00 ea



53

#53
"Staghorn"
$52.00 pr / $27.00 ea



54

#54 "Tattoo"
$29.67 pr / 15.85 ea

Designs are © Ear Charms Inc.™ 1982 – 2016



1B-LB-TT LASER BEAD
1B-BP F/W PEARL
1B-BJ BLUE JADE
1B-TU TURQUOISE
#1B-TC ROUND TEAL CRYSTAL
#1B-RAB ABALONE

1B-LB LASER BEAD
1B-FWP F/W PEARL
1B-MJ MINT JADE
1B-TUN TURQUOISE NUGGET
1B-TE TIGER EYE
1B-BC CRYSTAL

1B-CQ CRYSTAL
1B-CQ-TT CRYSTAL-CUBE
1B-OJ OLIVE JADE
1B-STU STRIP TURQUOISE
1B-HEC HEMATITE CUBE
#1B-PRO PEWTER ROSE

1B-ST SS TWIST
1B-GT GOLD TWIST
1B-GC CRYSTAL
#1B-LBB LIGHT BLUE CRYSTAL BRIOLETTE
#1B-PF PEWTER FLOWER

1B-HBC CAT'S F/W F

1B-RH RED HEART
#1B-BBK BLACK CRYSTAL BRIOLETTE
#1B-TCO OVAL TURQUOISE+ CLOISONNE

1B-HE HEMATITE
1B-ABR AMBER
#1B-DBB BLUE CRYSTAL BRIOLETTE
#1B-RCO OVAL RED + CLOISONNE
1B-BOF BLACK ONYX FACETED

1B-GCS CAT'S EYE
1B-HGC CAT'S EYE HEART
1B-PJ PINK JADE
#1XB-CBLO-TT BLUE CLOISONNE
1B-BOC ONYX CUBE

1B-PCS CAT'S EYE
1B-PH PURPLE HEART
1B-RJ RED JADE
#1B-BAB 'AB' CRYSTAL BRIOLETTE
#1B-BKCO OVAL BLACK + CLOISONNE
1B-BO BLACK ONYX SMOOTH

1B-LBCS CAT'S EYE
1B-RBC CRYSTAL
1B-LAM LAVENDER AMETHYST

1B-HES HEMATITE
1B-HEH HEMATITE HEART
1B-RCC CRYSTAL
1B-AM AMETHYST
#1B-WCO OVAL WHITE + CLOISONNE

1B-OCS CAT'S EYE
1B-BCS CAT'S EYE
1B-BCC CRYSTAL
1B-MA MALACHITE
#1B-GCO OVAL GREEN + CLOISONNE

Curly Q Designs © Ear Charms Inc. 1982 - 2016

EarCharms™
Sandra Callisto designer

Short Curly Q's
$5.70 ea. / $9.33 pr.



Designs © Ear Charms Inc. 1982 - 2016

WHOLESALE    LONG CURLY Qs    $6.70 ea / $11.33 pr






























































































































































































































































































































































































































































































































































































































































































































































































































































































































































