1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MYERS BERSTEIN LLP
4 EXECUTIVE CIRCLE, SUITE 100
IRVINE, CALIFORNIA 92614

**EXHIBIT B**
TO DECLARATION OF SANDRA CALLISTO
COPIES OF THE REGISTRATIONS AND/OR APPLICATIONS FOR THE
**EAR CHARMS WORKS**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Claygett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-023-338

**Effective Date of Registration:**
May 20, 2016

---

## Title

| | |
|---|---|
| Title of Work: | Ear Charms 2016 Brochure |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | January 01, 2016 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Ear Charms, Inc. |
| Author Created: | photographs |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Ear Charms, Inc.<br>361 Cypress Drive, Front, LAGUNA NIGUEL, CA, 92651, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | previously published photographs |
| New material included in claim: | new photographs |

## Certification

| | |
|---|---|
| Name: | Nicholas D. Myers |
| Date: | May 20, 2016 |
| Applicant's Tracking Number: | EAR01-3001 |

---

| | |
|---|---|
| Correspondence: | Yes |
| Copyright Office notes: | Basis for Registration: Collective work |

*0000VA00020233380202*

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-3490487591

## Mail Certificate

MYERS BERSTEIN LLP
Nicholas D. Myers
4 Executive Circle
Suite 100
Irvine, CA 92614 United States

**Priority:**  Routine          **Application Date:**  May 27, 2016

## Correspondent

**Organization Name:**  MYERS BERSTEIN LLP
**Name:**  NICHOLAS D. MYERS
**Email:**  nicholas@mybelaw.com
**Telephone:**  (949)825-5590
**Address:**  4 Executive Circle
Suite 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:**  Ear Charms 2016 Website

## Completion/Publication _____

**Year of Completion:**  2016
**Date of 1st Publication:**  January 01, 2016
**Nation of 1st Publication:**  United States

## Author _____

- **Author:**  Ear Charms, Inc.
  **Author Created:**  photograph, jewelry design, 2-D artwork
  **Work made for hire:**  Yes
  **Citizen of:**  United States

## Copyright Claimant _____

**Copyright Claimant:**  Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651, United States

## Limitation of copyright claim _____

**Material excluded from this claim:**  Text

**New material included in claim:**  photograph, jewelry design, 2-D artwork

## Certification _____

**Name:**  Nicholas D. Myers
**Date**:  May 27, 2016
**Applicant's Tracking Number:**  EAR01-3002

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-4111501022

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**   Routine        **Application Date:**   October 25, 2016

## Correspondent

**Organization Name:**   MYERS BERSTEIN LLP
**Name:**   NICHOLAS D. MYERS
**Email:**   nicholas@mybelaw.com
**Telephone:**   (949)825-5590
**Address:**   4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

Title of Work: Ear Charms 23 GP

## Completion/Publication _____

Year of Completion: 1984
Date of 1st Publication: January 01, 1984
Nation of 1st Publication: United States

## Author _____

- Author: Sandra Callisto
Author Created: jewelry design
Work made for hire: No
Citizen of: United States
Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651, United States
Transfer statement: By agreement.

## Certification _____

Name: NICHOLAS D. MYERS
Date: October 25, 2016
Applicant's Tracking Number: EAR01-3003

**Registration #:**  \*-APPLICATION-\*
**Service Request #:**  1-4111501177

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**  Routine          **Application Date:**  October 25, 2016

## Correspondent

**Organization Name:**  MYERS BERSTEIN LLP
**Name:**  NICHOLAS D. MYERS
**Email:**  nicholas@mybelaw.com
**Telephone:**  (949)825-5590
**Address:**  4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:**  Ear Charms 86 SS

## Completion/Publication _____

**Year of Completion:**  1985
**Date of 1st Publication:**  June 30, 1985
**Nation of 1st Publication:**  United States

## Author _____

- **Author:**  Sandra Callisto
  **Author Created:**  jewelry design
  **Citizen of:**  United States
  **Domiciled in:**  United States

## Copyright Claimant _____

**Copyright Claimant:**  Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651, United States
**Transfer statement:**  By agreement.

## Certification _____

**Name:**  NICHOLAS D. MYERS
**Date:**  October 25, 2016
**Applicant's Tracking Number:**  EAR01-3004

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-4111550272

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**   Routine          **Application Date:**   October 25, 2016

## Correspondent

**Organization Name:**   MYERS BERSTEIN LLP
**Name:**   NICHOLAS D. MYERS
**Email:**   nicholas@mybelaw.com
**Telephone:**   (949)825-5590
**Address:**   4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:** Ear Charms 40 SS

## Completion/Publication _____

**Year of Completion:** 1982
**Date of 1st Publication:** January 01, 1982
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651, United States
**Transfer statement:** By agreement.

## Certification _____

**Name:** NICHOLAS D. MYERS
**Date:** October 25, 2016
**Applicant's Tracking Number:** EAR01-3005

Registration #:     *-APPLICATION-*
Service Request #:  1-4111550325

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Priority:  Routine          Application Date:  October 25, 2016

## Correspondent

Organization Name:  MYERS BERSTEIN LLP
Name:  NICHOLAS D. MYERS
Email:  nicholas@mybelaw.com
Telephone:  (949)825-5590
Address:  4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

|  |  |
|---|---|
| **Title of Work:** | Ear Charms 61 GP |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2001 |
| **Date of 1st Publication:** | June 28, 2001 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Sandra Callisto |
| **Author Created:** | jewelry design |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Ear Charms, Inc.<br>361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651 |
| **Transfer statement:** | By agreement. |

## Certification

|  |  |
|---|---|
| **Name:** | NICHOLAS D. MYERS |
| **Date:** | October 25, 2016 |
| **Applicant's Tracking Number:** | EAR01-3006 |

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-4111550378

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:** Routine          **Application Date:** October 25, 2016

## Correspondent

**Organization Name:** MYERS BERSTEIN LLP
**Name:** NICHOLAS D. MYERS
**Email:** nicholas@mybelaw.com
**Telephone:** (949)825-5590
**Address:** 4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:**   Ear Charms 61 SS

## Completion/Publication _____

**Year of Completion:**   2001
**Date of 1st Publication:**   June 28, 2001
**Nation of 1st Publication:**   United States

## Author _____

- **Author:**   Sandra Callisto
**Author Created:**   jewelry design
**Work made for hire:**   No
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant _____

**Copyright Claimant:**   Ear Charms, Inc.
                          361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:**   By agreement.

## Certification _____

**Name:**   NICHOLAS D. MYERS
**Date:**   October 25, 2016
**Applicant's Tracking Number:**   EAR01-3007

| | |
|---|---|
| **Registration #:** | *-APPLICATION-* |
| **Service Request #:** | 1-4111550481 |

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:** Routine          **Application Date:** October 25, 2016

## Correspondent

|  |  |
|---|---|
| **Organization Name:** | MYERS BERSTEIN LLP |
| **Name:** | NICHOLAS D. MYERS |
| **Email:** | nicholas@mybelaw.com |
| **Telephone:** | (949)825-5590 |
| **Address:** | 4 EXECUTIVE CIRCLE |
| | SUITE 100 |
| | IRVINE, CA 92614 United States |

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Ear Charms 4 SF-CZ-GP

## Completion/Publication

**Year of Completion:** 1991
**Date of 1st Publication:** June 30, 1991
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra Callisto
**Author Created:** jewelry design
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of copyright claim

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification

**Name:** NICHOLAS D. MYERS
**Date**: October 25, 2016
**Applicant's Tracking Number**: EAR01-3008

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-4111550614

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**  Routine          **Application Date:**  October 25, 2016

## Correspondent

**Organization Name:**  MYERS BERSTEIN LLP
**Name:**  NICHOLAS D. MYERS
**Email:**  nicholas@mybelaw.com
**Telephone:**  (949)825-5590
**Address:**  4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:** Ear Charms 74 GP

## Completion/Publication _____

**Year of Completion:** 2004
**Date of 1st Publication:** June 28, 2004
**Nation of 1ˢᵗ Publication:** United States

## Author _____

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Certification _____

**Name:** NICHOLAS D. MYERS
**Date:** October 25, 2016
**Applicant's Tracking Number:** EAR01-3009

Page 1 of 1

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-4111550677

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:** Routine          **Application Date:** October 25, 2016

## Correspondent

**Organization Name:** MYERS BERSTEIN LLP
**Name:** NICHOLAS D. MYERS
**Email:** nicholas@mybelaw.com
**Telephone:** (949)825-5590
**Address:** 4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

Title of Work: Ear Charms 92 SS

## Completion/Publication _____

Year of Completion: 1996
Date of 1st Publication: November 15, 1996
Nation of 1st Publication: United States

## Author _____

- Author: Sandra Callisto
  Author Created: jewelry design
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
Transfer statement: By agreement.

## Certification _____

Name: NICHOLAS D. MYERS
Date: October 25, 2016
Applicant's Tracking Number: EAR01-3010

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-4111550740

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**  Routine          **Application Date:**  October 25, 2016

## Correspondent

**Organization Name:**  MYERS BERSTEIN LLP
**Name:**  NICHOLAS D. MYERS
**Email:**  nicholas@mybelaw.com
**Telephone:**  (949)825-5590
**Address:**  4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Ear Charms 99-SM-SS

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** March 15, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Certification

**Name:** NICHOLAS D. MYERS
**Date:** October 25, 2016
**Applicant's Tracking Number:** EAR01-3011

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-4114073252

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**   Routine          **Application Date:**   October 26, 2016

## Correspondent

**Organization Name:**   MYERS BERSTEIN LLP
**Name:**   NICHOLAS D. MYERS
**Email:**   nicholas@mybelaw.com
**Telephone:**   (949)825-5590
**Address:**   4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | Ear Charms 1B BC |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2002 |
| **Date of 1st Publication:** | March 15, 2002 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Sandra Callisto
- **Author Created:** jewelry design
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ear Charms, Inc. |
| | 361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651 |
| **Transfer statement:** | By agreement. |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | jewelry design |
| **New material included in claim:** | jewelry design |

## Certification

| | |
|---|---|
| **Name:** | NICHOLAS D. MYERS |
| **Date:** | October 26, 2016 |
| **Applicant's Tracking Number:** | EAR01-3012 |

| | |
|---|---|
| **Registration #:** | *-APPLICATION-* |
| **Service Request #:** | 1-4114073391 |

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

| | | | |
|---|---|---|---|
| **Priority:** | Routine | **Application Date:** | October 26, 2016 |

## Correspondent

| | |
|---|---|
| **Organization Name:** | MYERS BERSTEIN LLP |
| **Name:** | NICHOLAS D. MYERS |
| **Email:** | nicholas@mybelaw.com |
| **Telephone:** | (949)825-5590 |
| **Address:** | 4 EXECUTIVE CIRCLE |
| | SUITE 100 |
| | IRVINE, CA 92614 United States |

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Ear Charms 1B ABR

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** March 15, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of  copyright claim

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification

**Name:** NICHOLAS D. MYERS
**Date:** October 26, 2016
**Applicant's Tracking Number:** EAR01-3013

**Registration #:**    *-APPLICATION-*
**Service Request #:**    1-4114073504

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**    Routine         **Application Date:**    October 26, 2016

## Correspondent

**Organization Name:**    MYERS BERSTEIN LLP
**Name:**    NICHOLAS D. MYERS
**Email:**    nicholas@mybelaw.com
**Telephone:**    (949)825-5590
**Address:**    4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Ear Charms 1XB-TU

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** March 15, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra Callisto
**Author Created:** jewelry design
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of  copyright claim

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification

**Name:** NICHOLAS D. MYERS
**Date**: October 26, 2016
**Applicant's Tracking Number**: EAR01-3014

**Registration #:**  \*-APPLICATION-\*
**Service Request #:**  1-4114073567

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**  Routine          **Application Date:**  October 26, 2016

## Correspondent

**Organization Name:**  MYERS BERSTEIN LLP
**Name:**  NICHOLAS D. MYERS
**Email:**  nicholas@mybelaw.com
**Telephone:**  (949)825-5590
**Address:**  4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:**   Ear Charms 1XB-GJ

## Completion/Publication _____

**Year of Completion:**   2002
**Date of 1st Publication:**   March 15, 2002
**Nation of 1st Publication:**   United States

## Author _____

- **Author:**   Sandra Callisto
  **Author Created:**   jewelry design
**Work made for hire:**   No
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant _____

**Copyright Claimant:**   Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:**   By agreement.

## Limitation of  copyright claim _____

**Material excluded from this claim:**   jewelry design

**New material included in claim:**   jewelry design

## Certification _____

**Name:**   NICHOLAS D. MYERS
**Date**:   October 26, 2016
**Applicant's Tracking Number**:   EAR01-3015

| | |
|---:|:---|
| **Registration #:** | *-APPLICATION-* |
| **Service Request #:** | 1-4114073680 |

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

| | | | |
|---:|:---|---:|:---|
| **Priority:** | Routine | **Application Date:** | October 26, 2016 |

## Correspondent

| | |
|---:|:---|
| **Organization Name:** | MYERS BERSTEIN LLP |
| **Name:** | NICHOLAS D. MYERS |
| **Email:** | nicholas@mybelaw.com |
| **Telephone:** | (949)825-5590 |
| **Address:** | 4 EXECUTIVE CIRCLE |
| | SUITE 100 |
| | IRVINE, CA 92614 United States |

Registration Number

# *-APPLICATION-*

## Title

|  |  |
|---|---|
| **Title of Work:** | Ear Charms 1XB-PRD |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2002 |
| **Date of 1st Publication:** | March 15, 2002 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Sandra Callisto |
| **Author Created:** | jewelry design |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Ear Charms, Inc. |
|  | 361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651 |
| **Transfer statement:** | By agreement. |

## Limitation of copyright claim

|  |  |
|---|---|
| **Material excluded from this claim:** | jewelry design |
| **New material included in claim:** | jewelry design |

## Certification

|  |  |
|---|---|
| **Name:** | NICHOLAS D. MYERS |
| **Date**: | October 26, 2016 |
| **Applicant's Tracking Number**: | EAR01-3016 |

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-4114434122

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**  Routine          **Application Date:**  October 26, 2016

## Correspondent

**Organization Name:**  MYERS BERSTEIN LLP
**Name:**  NICHOLAS D. MYERS
**Email:**  nicholas@mybelaw.com
**Telephone:**  (949)825-5590
**Address:**  4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

Title of Work: Ear Charms 1 SS

## Completion/Publication _____

Year of Completion: 1982
Date of 1st Publication: February 28, 1982
Nation of 1st Publication: United States

## Author _____

- **Author:** Sandra Callisto
Author Created: jewelry design
Work made for hire: No
Citizen of: United States
Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
Transfer statement: By agreement.

## Certification _____

Name: NICHOLAS D. MYERS
Date: October 26, 2016
Applicant's Tracking Number: EAR01-3017

Page 1 of 1

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-4114498302

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:** Routine                    **Application Date:** October 26, 2016

## Correspondent

**Organization Name:** MYERS BERSTEIN LLP
**Name:** NICHOLAS D. MYERS
**Email:** nicholas@mybelaw.com
**Telephone:** (949)825-5590
**Address:** 4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Ear Charms 1XB-AMH

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** March 15, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of copyright claim

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification

**Name:** NICHOLAS D. MYERS
**Date:** October 26, 2016
**Applicant's Tracking Number:** EAR01-3018

Registration #:     *-APPLICATION-*
Service Request #:  1-4114498435

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:** Routine          **Application Date:** October 26, 2016

## Correspondent

**Organization Name:** MYERS BERSTEIN LLP
**Name:** NICHOLAS D. MYERS
**Email:** nicholas@mybelaw.com
**Telephone:** (949)825-5590
**Address:** 4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:** Ear Charms 1XB-LAP

## Completion/Publication _____

**Year of Completion:** 2002
**Date of 1st Publication:** March 15, 2002
**Nation of 1ˢᵗ Publication:** United States

## Author _____

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of  copyright claim _____

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification _____

**Name:** NICHOLAS D. MYERS
**Date**: October 26, 2016
**Applicant's Tracking Number**: EAR01-3019

**Registration #:**    \*-APPLICATION-\*
**Service Request #:**    1-4114498538

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**    Routine      **Application Date:**    October 26, 2016

## Correspondent

**Organization Name:**    MYERS BERSTEIN LLP
**Name:**    NICHOLAS D. MYERS
**Email:**    nicholas@mybelaw.com
**Telephone:**    (949)825-5590
**Address:**    4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:**  Ear Charms 4ST-SS

## Completion/Publication

**Year of Completion:**  1988
**Date of 1st Publication:**  March 15, 1988
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Sandra Callisto
  **Author Created:**  jewelry design
  **Work made for hire:**  No
  **Citizen of:**  United States
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:**  By agreement.

## Limitation of  copyright claim

**Material excluded from this claim:**  jewelry design

**New material included in claim:**  jewelry design

## Certification

**Name:**  NICHOLAS D. MYERS
**Date**:  October 26, 2016
**Applicant's Tracking Number**:  EAR01-3020

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-4114498591

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:** Routine          **Application Date:** October 26, 2016

## Correspondent

**Organization Name:** MYERS BERSTEIN LLP
**Name:** NICHOLAS D. MYERS
**Email:** nicholas@mybelaw.com
**Telephone:** (949)825-5590
**Address:** 4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

Title of Work: Ear Charms 63 SS

## Completion/Publication _____

Year of Completion: 2002
Date of 1st Publication: March 15, 2002
Nation of 1st Publication: United States

## Author _____

- Author: Sandra Callisto
Author Created: jewelry design
Work made for hire: No
Citizen of: United States
Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
Transfer statement: By agreement.

## Certification _____

Name: NICHOLAS D. MYERS
Date: October 26, 2016
Applicant's Tracking Number: EAR01-3021

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-4114498664

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:** Routine          **Application Date:** October 26, 2016

## Correspondent

**Organization Name:** MYERS BERSTEIN LLP
**Name:** NICHOLAS D. MYERS
**Email:** nicholas@mybelaw.com
**Telephone:** (949)825-5590
**Address:** 4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Ear Charms 41 SS |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 1986 |
| **Date of 1st Publication:** | June 01, 1986 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | Sandra Callisto |
| **Author Created:** | jewelry design |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Ear Charms, Inc. |
|  | 361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651 |
| **Transfer statement:** | By agreement. |

## Certification _____

|  |  |
|---|---|
| **Name:** | NICHOLAS D. MYERS |
| **Date:** | October 26, 2016 |
| **Applicant's Tracking Number:** | EAR01-3022 |

**Registration #:** \*-APPLICATION-\*
**Service Request #:** 1-4114498747

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:** Routine       **Application Date:** October 26, 2016

## Correspondent

**Organization Name:** MYERS BERSTEIN LLP
**Name:** NICHOLAS D. MYERS
**Email:** nicholas@mybelaw.com
**Telephone:** (949)825-5590
**Address:** 4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | Ear Charms 73 SS |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |
| **Date of 1st Publication:** | June 15, 2005 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Sandra Callisto |
| **Author Created:** | jewelry design |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ear Charms, Inc. |
| | 361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651 |
| **Transfer statement:** | By agreement. |

## Certification

| | |
|---|---|
| **Name:** | NICHOLAS D. MYERS |
| **Date:** | October 26, 2016 |
| **Applicant's Tracking Number:** | EAR01-3023 |

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-4128464702

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**  Routine          **Application Date:**  October 31, 2016

## Correspondent

**Organization Name:**  MYERS BERSTEIN LLP
**Name:**  NICHOLAS D. MYERS
**Email:**  nicholas@mybelaw.com
**Telephone:**  (949)825-5590
**Address:**  4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Ear Charms 1B-GC

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** March 15, 2002
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of  copyright claim

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification

**Name:** NICHOLAS D. MYERS
**Date:** October 31, 2016
**Applicant's Tracking Number:** EAR01-3024

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-4128464786

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**  Routine       **Application Date:**  October 31, 2016

## Correspondent

**Organization Name:**  MYERS BERSTEIN LLP
**Name:**  NICHOLAS D. MYERS
**Email:**  nicholas@mybelaw.com
**Telephone:**  (949)825-5590
**Address:**  4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

|                     |                    |
|---------------------|--------------------|
| **Title of Work:**  | Ear Charms 5-FL-SS |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2005 |
| **Date of 1st Publication:** | June 15, 2005 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Sandra Callisto |
| **Author Created:** | jewelry design |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Ear Charms, Inc.<br>361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651 |
| **Transfer statement:** | By agreement. |

## Limitation of  copyright claim _____

| | |
|---|---|
| **Material excluded from this claim:** | jewelry design |
| **New material included in claim:** | jewelry design |

## Certification _____

| | |
|---|---|
| **Name:** | NICHOLAS D. MYERS |
| **Date**: | October 31, 2016 |
| **Applicant's Tracking Number**: | EAR01-3025 |

Registration #:   *-APPLICATION-*
Service Request #:   1-4128464859

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:** Routine          **Application Date:** October 31, 2016

## Correspondent

**Organization Name:** MYERS BERSTEIN LLP
**Name:** NICHOLAS D. MYERS
**Email:** nicholas@mybelaw.com
**Telephone:** (949)825-5590
**Address:** 4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:** Ear Charms CQ-BF

## Completion/Publication _____

**Year of Completion:** 2003
**Date of 1st Publication:** October 01, 2003
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of copyright claim _____

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification _____

**Name:** NICHOLAS D. MYERS
**Date:** October 31, 2016
**Applicant's Tracking Number:** EAR01-3026

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-4128465007

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**   Routine          **Application Date:**   October 31, 2016

## Correspondent

**Organization Name:**   MYERS BERSTEIN LLP
**Name:**   NICHOLAS D. MYERS
**Email:**   nicholas@mybelaw.com
**Telephone:**   (949)825-5590
**Address:**   4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Ear Charms CQ-HT

## Completion/Publication

**Year of Completion:** 2003
**Date of 1st Publication:** October 01, 2003
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of  copyright claim

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification

**Name:** NICHOLAS D. MYERS
**Date**: October 31, 2016
**Applicant's Tracking Number**: EAR01-3027

|  |  |
|---|---|
| **Registration #:** | *-APPLICATION-* |
| **Service Request #:** | 1-4128465060 |

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

|  |  |  |  |
|---|---|---|---|
| **Priority:** | Routine | **Application Date:** | October 31, 2016 |

## Correspondent

|  |  |
|---|---|
| **Organization Name:** | MYERS BERSTEIN LLP |
| **Name:** | NICHOLAS D. MYERS |
| **Email:** | nicholas@mybelaw.com |
| **Telephone:** | (949)825-5590 |
| **Address:** | 4 EXECUTIVE CIRCLE |
|  | SUITE 100 |
|  | IRVINE, CA 92614 United States |

Registration Number

# *-APPLICATION-*

## Title _____

| | |
|---|---|
| **Title of Work:** | Ear Charms CQ-LF |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2003 |
| **Date of 1st Publication:** | October 01, 2003 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Sandra Callisto |
| **Author Created:** | jewelry design |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Ear Charms, Inc.<br>361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651 |
| **Transfer statement:** | By agreement. |

## Limitation of  copyright claim _____

| | |
|---|---|
| **Material excluded from this claim:** | jewelry design |
| **New material included in claim:** | jewelry design |

## Certification _____

| | |
|---|---|
| **Name:** | NICHOLAS D. MYERS |
| **Date**: | October 31, 2016 |
| **Applicant's Tracking Number**: | EAR01-3028 |

Registration #:    *-APPLICATION-*
Service Request #:    1-4128465113

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Priority:    Routine        Application Date:    October 31, 2016

## Correspondent

Organization Name:    MYERS BERSTEIN LLP
Name:    NICHOLAS D. MYERS
Email:    nicholas@mybelaw.com
Telephone:    (949)825-5590
Address:    4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Ear Charms CQ-ST

## Completion/Publication

**Year of Completion:** 2003
**Date of 1st Publication:** October 01, 2003
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of copyright claim

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification

**Name:** NICHOLAS D. MYERS
**Date:** October 31, 2016
**Applicant's Tracking Number:** EAR01-3029

**Registration #:**  \*-APPLICATION-\*
**Service Request #:**  1-4131600292

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**  Routine        **Application Date:**  November 01, 2016

## Correspondent

**Organization Name:**  MYERS BERSTEIN LLP
**Name:**  NICHOLAS D. MYERS
**Email:**  nicholas@mybelaw.com
**Telephone:**  (949)825-5590
**Address:**  4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title ────────────────────────────────

**Title of Work:** Ear Charms 1B-FWP

## Completion/Publication ─────────────────

**Year of Completion:** 2002
**Date of 1st Publication:** March 15, 2002
**Nation of 1st Publication:** United States

## Author ───────────────────────────────

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant ─────────────────────

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of copyright claim ──────────

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification ────────────────────────

**Name:** NICHOLAS D. MYERS
**Date:** November 01, 2016
**Applicant's Tracking Number:** EAR01-3030

| | |
|---:|:---|
| **Registration #:** | *-APPLICATION-* |
| **Service Request #:** | 1-4131600386 |

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

|  |  |  |  |
|---:|:---|---:|:---|
| **Priority:** | Routine | **Application Date:** | November 01, 2016 |

## Correspondent

| | |
|---:|:---|
| **Organization Name:** | MYERS BERSTEIN LLP |
| **Name:** | NICHOLAS D. MYERS |
| **Email:** | nicholas@mybelaw.com |
| **Telephone:** | (949)825-5590 |
| **Address:** | 4 EXECUTIVE CIRCLE |
| | SUITE 100 |
| | IRVINE, CA 92614 United States |

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:** Ear Charms 22-SS

## Completion/Publication _____

**Year of Completion:** 1982
**Date of 1st Publication:** January 01, 1982
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Certification _____

**Name:** NICHOLAS D. MYERS
**Date:** November 01, 2016
**Applicant's Tracking Number:** EAR01-3031

Page 1 of 1

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-4131600449

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**   Routine        **Application Date:**   November 01, 2016

## Correspondent

**Organization Name:**   MYERS BERSTEIN LLP
**Name:**   NICHOLAS D. MYERS
**Email:**   nicholas@mybelaw.com
**Telephone:**   (949)825-5590
**Address:**   4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title
_____

Title of Work:  Ear Charms CQ-CZ

## Completion/Publication
_____

Year of Completion:  2003
Date of 1st Publication:  October 01, 2003
Nation of 1st Publication:  United States

## Author
_____

- **Author:**  Sandra Callisto
  Author Created:  jewelry design
  Work made for hire:  No
  Citizen of:  United States
  Domiciled in:  United States

## Copyright Claimant
_____

Copyright Claimant:  Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
Transfer statement:  By agreement.

## Limitation of  copyright claim
_____

Material excluded from this claim:  jewelry design

New material included in claim:  jewelry design

## Certification
_____

Name:  NICHOLAS D. MYERS
Date:  November 01, 2016
Applicant's Tracking Number:  EAR01-3032

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-4131600542

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**   Routine          **Application Date:**   November 01, 2016

## Correspondent

**Organization Name:**   MYERS BERSTEIN LLP
**Name:**   NICHOLAS D. MYERS
**Email:**   nicholas@mybelaw.com
**Telephone:**   (949)825-5590
**Address:**   4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Ear Charms CQ-FL

## Completion/Publication

**Year of Completion:** 2003
**Date of 1st Publication:** October 01, 2003
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of  copyright claim

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification

**Name:** NICHOLAS D. MYERS
**Date**: November 01, 2016
**Applicant's Tracking Number**: EAR01-3033

**Registration #:**    *-APPLICATION-*
**Service Request #:**    1-4140476422

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:**    Routine      **Application Date:**    November 04, 2016

## Correspondent

**Organization Name:**    MYERS BERSTEIN LLP
**Name:**    NICHOLAS D. MYERS
**Email:**    nicholas@mybelaw.com
**Telephone:**    (949)825-5590
**Address:**    4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Ear Charms 1XB-HE

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** March 15, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of copyright claim

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification

**Name:** NICHOLAS D. MYERS
**Date:** November 04, 2016
**Applicant's Tracking Number:** EAR01-3034

Registration #:  *-APPLICATION-*
Service Request #:  1-4140476576

## Mail Certificate

MYERS BERSTEIN LLP
NICHOLAS D. MYERS
4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

**Priority:** Routine                    **Application Date:** November 04, 2016

## Correspondent

**Organization Name:** MYERS BERSTEIN LLP
**Name:** NICHOLAS D. MYERS
**Email:** nicholas@mybelaw.com
**Telephone:** (949)825-5590
**Address:** 4 EXECUTIVE CIRCLE
SUITE 100
IRVINE, CA 92614 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Ear Charms 3X-CZ-CP

## Completion/Publication

**Year of Completion:** 2002
**Date of 1st Publication:** June 01, 2002
**Nation of 1st Publication:** United States

## Author

- **Author:** Sandra Callisto
  **Author Created:** jewelry design
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ear Charms, Inc.
361 Cypress Drive, Front, LAGUNA BEACH, CA, 92651
**Transfer statement:** By agreement.

## Limitation of copyright claim

**Material excluded from this claim:** jewelry design

**New material included in claim:** jewelry design

## Certification

**Name:** NICHOLAS D. MYERS
**Date:** November 04, 2016
**Applicant's Tracking Number:** EAR01-3035