UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 16-02091-CJC(PLAx)           Date: June 15, 2018

Title: <u>EAR CHARMS, INC. V. BLING JEWELRY INC., *ET AL.*</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Melissa Kunig</u>           <u>N/A</u>
Deputy Clerk           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION**

    On June 14, 2018, Plaintiff filed an *ex parte* application to reinstate discovery motions that were denied as untimely or, alternatively, for an extension of the discovery deadline. *Ex parte* applications call for emergency relief that is rarely justified. *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 490 (C.D. Cal. 1995). To justify *ex parte* relief, Plaintiff must show that (1) its case will be "irreparably prejudiced if the underlying motion is heard according to regularly noticed motion procedures," and (2) it is "without fault in creating the crisis that requires *ex parte* relief, or that the crisis occurred as a result of excusable neglect." *Id.* at 492.

    Plaintiff has failed to meet its burden to show that emergency *ex parte* relief is warranted. Plaintiff has not indicated why it will be irreparably prejudiced if the Court considers its request in a regularly noticed motion. Plaintiff essentially requests a new discovery deadline, one year after the Court set that deadline. Moreover, granting Plaintiff's request will impact other significant case deadlines, including the deadline for dispositive motions and the trial date. Given this impact, the Court is reticent to decide Plaintiff's request on an expedited, *ex parte* basis.

    Plaintiff has also failed to show that it is without fault in creating the purported crisis that requires *ex parte* relief. Plaintiff claims that its requested relief is necessary to


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 16-02091-CJC(PLAx)                                    Date: June 15, 2018
                                                                    Page 2

---

bring important discovery motions, but Plaintiff does not adequately explain why it delayed bringing those motions.

      Therefore, the Court **DENIES** Plaintiff's *ex parte* application.  Plaintiff may refile its application as a regularly noticed motion.

sl

MINUTES FORM 11
CIVIL-GEN                                                           Initials of Deputy Clerk MKU