NOTE: CHANGES MADE BY THE COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| EAR CHARMS, INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>BLING JEWELRY, INC. dba BLINGJEWELRY.COM, a Delaware corporation; ELENA CASTANEDA, an individual; and DOES 1 through 10,<br><br>        Defendants. | Case No. SACV16-02091-CJC (PLAx)<br><br>Assigned to:<br>*District Judge: Hon. Cormac J. Carney*<br>*Magistrate Judge: Hon. Paul L. Abrams*<br><br>**ORDER ON RENEWED STIPULATION FOR MODIFIED SCHEDULING ORDER AND CONTINUED TRIAL DATE**<br><br>*[Filed Concurrently with Renewed Stipulation for Modified Scheduling Order and Continued Trial Date]* |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court has reviewed and considered the Joint Stipulation submitted by Plaintiff Ear Charms, Inc. (hereinafter "Ear Charms" or "Plaintiff"), Defendant Bling Jewelry, Inc. (hereinafter "Bling Jewelry"), and Defendant Elena Castaneda (hereinafter "Castaneda") (herein collectively referred to as "Defendants"), and with good cause appearing.

**IT IS HEREBY ORDERED** that the Proposed Modified Scheduling Order and Continued Trial Date is GRANTED.

The Modified Scheduling Order is as follows:

| Event | Proposed Modified Schedule |
| --- | --- |
| Hearing Date for the following motions:<br>1. Plaintiff's Motion to Compel Further Responses to Requests for Production of Documents (Set One) from Defendant Bling Jewelry<br>2. Plaintiff's Motion to Compel Further Responses to Requests for Production of Documents (Set One) from Defendant Elena Castaneda<br>3. Plaintiff's Motion to Compel Responses to Interrogatories (Set One) from Defendant Bling Jewelry<br>4. Plaintiff's Motion to Compel Responses to Interrogatories (Set One) from Defendant Elena Castaneda<br>5. Plaintiff's Motion to Compel Deposition of Elena Castaneda, | August 22, 2018<br>At 10:00 a.m. |

| | |
|---|---|
| 6. Plaintiff's Motion to Compel Deposition of Bling Jewelry's designated 30(b)(6) corporate designee | |
| Discovery Cutoff, including discovery motions. | November 29, 2018 |
| Last Day to Hear Motions, including motions to join or amend pleadings | January 28, 2019 |
| Pre-Trial Conference | February 25, 2019 at 3:00 p.m. |
| Trial | March 5, 2019 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated:  August 8, 2018

_____
Hon. Cormac J. Carney
United States District Judge