Nicholas D. Myers (State Bar No. 251809)
  nicholas@themyerslg.com
Anthony W. Burton (State Bar No. 265865)
  anthony@themyerslg.com
Anna Karenina P. Adraneda (State Bar No. 315672)
  karen@themyerslg.com
**THE MYERS LAW GROUP**
4695 MacArthur Court, Suite 200
Newport Beach, California 92660
T: 949.825.5590
F: 949.861.6220
E: *litigation@themyerslg.com*

Attorneys for Plaintiff EAR CHARMS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| EAR CHARMS, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>BLING JEWELRY, INC. dba BLINGJEWELRY.COM, a Delaware corporation; ELENA CASTANEDA, an individual; and DOES 1 through 10,<br><br>        Defendants. | Case No. 8:16-cv-02091-KES<br><br>*The Hon. Karen E. Scott*<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:        May 28, 2019 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Ear Charms, Inc. and Defendants Bling Jewelry, Inc. and Elena Castaneda have reached a settlement in principle that will resolve the matter completely. The parties respectfully ask that the Court vacate the Exhibit Conference (May 24, 2019), the Trial Date (May 28, 2019), and any other existing deadlines so that the parties can fully memorialize their agreement and file the dismissal, which they expect to be able to do within 30 days.

Date:  May 23, 2019                    **THE MYERS LAW GROUP**

                       */s/ Anthony W. Burton*
                      Nicholas D. Myers
                      Anthony W. Burton
                      Anna Karenina P. Adraneda
                      Attorneys for Plaintiff EAR CHARMS, INC.

THE MYERS LAW GROUP
4695 MacArthur Court, Suite 200
Newport Beach, California 92660
Tel 949.825.5590 • Fax 949.861.6220 • E-mail: litigation@themyerslg.com

2
NOTICE OF SETTLEMENT

## **DECLARATION OF ELECTRONIC SERVICE**
## **Central District of California Case No. 8:16-cv-02091-KES**

Service of the attached document was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5.3-3, which provide in part: "Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure for all attorneys who have consented to electronic service."

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 23, 2019, at Newport Beach, California.

By: */s/ Anthony W. Burton*
Anthony W. Burton

THE MYERS LAW GROUP
4695 MacArthur Court, Suite 200
Newport Beach, California 92660
Tel 949.825.5590 • Fax 949.861.6220 • E-mail: litigation@themyerslg.com