# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:16-cv-02091-KES  Date: May 23, 2019

Title: EAR CHARMS, INC. v. BLING JEWELRY, INC., et al.

---

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):** **ORDER Dismissing Action Without Prejudice**

 A Notice of Settlement having been filed herein (Dkt. 93), it is hereby ordered that this action DISMISSED without prejudice. All existing hearings and deadlines in this case are ordered VACATED and taken OFF CALENDAR.

 The Court shall retain jurisdiction for thirty (30) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

 Initials of Deputy Clerk JD